IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GARY-LEE: MILANO          No. 09-80063 CW (MISC)

ORDER CLOSING CASE

/

    On April 2, 2009, Gary L. Milano submitted to the Clerk a document entitled "File on Demand," in which he requests the Clerk to open a miscellaneous case "for the purpose of setting up an evidence file for a pending case." There is no such procedure within the District Court. Accordingly,

    IT IS HEREBY ORDERED that the Clerk shall close the file. Within ten (10) days from the date of this Order, Mr. Milano shall notify the Clerk of an address where a refund of the $39.00 filing fee can be mailed; otherwise, the filing fee will be forfeited.

Dated 4/17/09

CLAUDIA WILKEN  
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GARY LEE MILANO et al,

        Plaintiff,

v.

UNDETERMINED et al,

        Defendant.

Case Number: CV09-80063 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary-Lee Milano
c/o Genderal Post Office at Antioch
Antioch, CA 94509

Dated: April 17, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2